STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. MICHAEL CORTESE, PLAINTIFF IN ERROR.

Argued October 27, 1927—Decided December 15, 1927.

For the defendant in error, *Joseph L. Smith.*

For the plaintiff in error, *Harold Simandl.*

Per Curiam.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—Trenchard, Minturn, Black, Katzenbach, Lloyd, Van Buskirk, McGlennon, Kays, Hetfield, Dear, JJ. 10.

*For reversal*—None.